UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

99-20086
Summary Calendar
_____

LARRY HAYNES,

                                   Plaintiff-Appellant,

                    v.

COPCO STEEL, doing business as
Russel Metals Co. Inc.,

                                   Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-368)
_____

September 30, 1999

Before JOLLY, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Larry Haynes appeals from an adverse summary judgment
dismissing his claims against appellee Copco Steel Company d/b/a
Russel Metals.  Haynes argues that the district court erred in
dismissing both his breach of contract claim and his promissory
estoppel claim.  We find no merit in the arguments advanced by
Haynes.  After a careful review of the arguments presented on
appeal and a de novo review of the record, we affirm the judgment
of the district court, essentially for the reasons stated in the

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

succinct and well-reasoned Memorandum and Order of the district court dated December 28, 1998.

AFFFIRMED